Same case below, 410 Fed. Appx. 53.

**No. 11-424. Jerry Joseph Lomas, Petitioner v. Anthony Hedgpeth, Warden.**

565 U.S. 1061, 132 S. Ct. 779, 181 L. Ed. 2d 488, 2011 U.S. LEXIS 8477.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-432. Misty Raley, Individually and as Parent and Next Friend of C. G., W. G., and C. A. G., Minor Children, Petitioner v. Hyundai Motor Company, Ltd., et al.**

565 U.S. 1062, 132 S. Ct. 779, 181 L. Ed. 2d 488, 2011 U.S. LEXIS 8664.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 642 F.3d 1271.

**No. 11-450. Lane Steven Snider, Petitioner v. Virginia.**

565 U.S. 1062, 132 S. Ct. 780, 181 L. Ed. 2d 488, 2011 U.S. LEXIS 8574.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-453. John Pletcher, Petitioner v. Alaska.**

565 U.S. 1062, 132 S. Ct. 781, 181 L. Ed. 2d 488, 2011 U.S. LEXIS 8618.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Alaska denied.

**No. 11-458. Robert Purnell, Petitioner v. Frederick P. Henry.**

565 U.S. 1062, 132 S. Ct. 781, 181 L. Ed. 2d 488, 2011 U.S. LEXIS 8578.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 652 F.3d 524.

**No. 11-467. Nancy Sue Davis Trust, Petitioner v. Evercore Capital Partners II, L.L.C., et al.**

565 U.S. 1062, 132 S. Ct. 782, 181 L. Ed. 2d 488, 2011 U.S. LEXIS 8490.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 644 F.3d 259.

**No. 11-468. L. L. Benas, Petitioner v. Leroy Baca, et al.**

565 U.S. 1062, 132 S. Ct. 782, 181 L. Ed. 2d 488, 2011 U.S. LEXIS 8644.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 433 Fed. Appx. 524.

**No. 11-478. Linus Michael Risk, et ux., Petitioners v. United States.**

565 U.S. 1062, 132 S. Ct. 783, 181 L. Ed. 2d 488, 2011 U.S. LEXIS 8508.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.